UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHIMON HALBERSAM, as Trustee of the
ZUPNICK FAMILY TRUST 2008 B,

           Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY OF
NORTH AMERICA,

           Defendant.

Docket No. 1:16-cv-06854 (ARR-ST)

## AFFIRMATION OF DAVID BENHAIM IN OPPOSITION TO MOTION BY ALLIANZ

**DAVID BENHAIM**, an attorney duly admitted to practice before the courts of the State of New York, affirms the following to be true under penalty of perjury:

1. I am an attorney with Lipsius BenHaim Law, LLP, attorneys for the plaintiff in this action.

2. Attached as Exhibit A is a copy of the beginning of the deposition transcript of the deposition of Shimon Halberstam.

Dated: Kew Gardens, New York
       June 14, 2018

_____
DAVID BENHAIM