# EXHIBIT

# A

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

----------------------------------------------x

SHIMON HALBERSTAM, Trustee of the Zupnick

Family Trust 2008 B,

              Plaintiff,

    -against-          Case No.

                          1:16-cv-06854-ARR-ST

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,

              Defendant.

---------------------------------------------- x

              405 Lexington Avenue

              New York, New York

              December 7, 2017

              11:25 a.m.

    VIDEOTAPED DEPOSITION of SHIMON HALBERSTAM, Trustee of the Zupnick Family Trust 2008 B, the Plaintiff, by the Defendant in the above-entitled action, held at the above time and place, pursuant to Rule 30, taken before Charissa Hromadka, a shorthand reporter and Notary Public within and for the State of New York.

**Page 2**

APPEARANCES:

LIPSIUS-BENHAIM LAW, LLP
  Attorneys for Plaintiff
  80-02 Kew Gardens Road
  Kew Gardens, New York 11415
BY: DAVID BENHAIM, ESQ.
  dbenhaim@lipsiuslaw.com

CARLTON FIELDS JORDEN BURT, P.A.
  Attorneys for Defendant
  1025 Thomas Jefferson Street, Suite 400W
  Washington, D.C. 20007-5208
BY: ROLAND C. GOSS, ESQ.
  rgoss@carltonfields.com

ALSO PRESENT:
DANIEL ORTEGA - Videographer
ZISSY HALBERSTAM

**Page 3**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that filing and sealing of the transcript be waived, and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

**Page 4**

THE VIDEOGRAPHER: We are now on the record. My name is Daniel Ortega and I'm the legal videographer for Henderson Legal Services. Today's date is December 7, 2017, and the time is 11:25 a.m. This video deposition is being held at 405 Lexington Avenue, New York, New York in the matter of Shimon Halberstam, Trustee of the Zupnick Family Trust versus Allianz Life Insurance for the United States District Court for the Eastern District of New York. The deponent is Shimon Halberstam.

Counsel, please identify yourselves for the record.

MR. BENHAIM: For the plaintiff, David Benhaim, Lipsius-Benhaim Law.

MR. GOSS: For defendant, Allianz Life Insurance Company, Roland Goss of Carlton Fields Jorden Burt.

THE VIDEOGRAPHER: The court reporter is Charissa Hromadka who will now administer the oath.

MR. BENHAIM: He affirms.

**Page 5**

MS. REPORTER: (Administering oath.)

THE WITNESS: What you ask?

MS. REPORTER: (Administering oath). Yes?

THE WITNESS: No. Not understand what are you asking. My wife can explain it?

MR. BENHAIM: They want to know at this point if you agree that everything you are going to say today is going to be the truth and the whole truth and nothing else but the truth. Do you agree that you are going to say the truth?

MS. HALBERSTAM: (Speaking in Yiddish.)

THE WITNESS: Yes, yes, yes.

MR. BENHAIM: Are you capturing that at all?

MS. REPORTER: Yeah, but she's speaking in Yiddish so --

THE WITNESS: Okay. Can you ask me?

MR. GOSS: We got it on the video.

**Page 6**

1  MR. BENHAIM: Okay.
2  THE WITNESS: Okay. Ask me.
3  MR. BENHAIM: Are you doing
4  speaking in Yiddish or --
5  MS. REPORTER: Speaking Yiddish, is
6  that okay, in brackets as a
7  parenthetical?
8  MR. BENHAIM: Yes. Is that okay
9  with you?
10 MR. GOSS: I guess. Let's proceed.
11 THE WITNESS: Yes.
12 EXAMINATION BY
13 MR. GOSS:
14   Q. What's your full name, sir?
15   A. Shimon Halberstam.
16   Q. Mr. Halberstam, my name is Roland Goss. We
17 met yesterday and I am representing Allianz Life
18 Insurance Company and we are here about an Insurance
19 policy that insures the life of Dora Zupnick and that
20 is owned by The Zupnick Family Trust 2008 B, which you
21 are the trustee. Is that your understanding?
22   A. Yes.
23   Q. This is a deposition. That's what it's
24 called. Have you been at a deposition before other
25 than yesterday?

**Page 7**

1   A. Yes. Before yesterday?
2   Q. Yes.
3   A. Deposition? Yes, I have been more times
4 before this.
5   Q. Okay. How many times?
6   A. One time with you.
7   Q. And what was that -- was that about another
8 lawsuit or this one?
9   A. Not this place. We have it -- not at
10 (speaking in Yiddish) -- we go with you by Brooklyn in
11 the courtroom in Brooklyn.
12   Q. A court in Brooklyn?
13   A. Yes. The first time when you see me. The
14 first time when you see me. Not a deposition, not a
15 deposition. That's the first time when I see you.
16 I'm sorry. I made a mistake.
17   Q. When you and I met here up on another floor
18 in another case?
19 MR. BENHAIM: No.
20   A. In the other building also. I saw you the
21 first time in another building. Not in Manhattan. In
22 Brooklyn. The first time.
23 MR. BENHAIM: I think he's talking
24 about the mediation conference.
25 MR. GOSS: Okay. I thought he was

**Page 8**

1 here for the Blau (phonetic) case.
2 Okay.
3   Q. Was that a time when there was another
4 gentleman who was talking to you?
5   A. No, no. Nothing, no.
6   Q. Let's go on. You were here yesterday, right,
7 when your wife was deposed?
8   A. Yes, yes.
9   Q. Similar to yesterday, I will be asking you
10 some questions. Just answer them the best you can.
11 If at any time you don't understand me, let me know
12 and I will try to make sure we understand each other
13 before you answer. Okay?
14   A. Yes.
15   Q. When I hand you some documents, look at them
16 before you answer anything so you make sure you can
17 try and see what they are. Is that agreeable?
18   A. Yes.
19   Q. And if you want to take a break at any time
20 let me know.
21   A. Yes. Thank you.
22   Q. What is your educational background?
23   A. I'm not understanding what you are asking me.
24   Q. School.
25   A. Oh, I'm a student.

**Page 9**

1   Q. Pardon me?
2   A. I'm a student.
3   Q. Are you a student now?
4   A. Yes.
5   Q. At what school?
6   A. The name is Ramu -- Kollel Ramu. It's in
7 Williamsburg.
8 MR. GOSS: Can you help the court
9 reporter with the spelling?
10 MR. BENHAIM: Kollel is
11 K-O-L-L-E-L. Ramu, R-A-M-U.
12 THE WITNESS: (Speaking in
13 Yiddish.)
14   Q. What are you studying, sir?
15   A. Religion.
16   Q. How long have you been a student at that
17 school?
18   A. The last ten years.
19   Q. During those ten years, have you had any
20 employment? Have you worked anywhere for
21 compensation?
22 MR. BENHAIM: You are going to have
23 to use simple words.
24 MR. GOSS: Okay.
25   Q. During those ten years, have you had a job?

**Page 10**

1  A. No jobs, no jobs.
2  Q. And before those ten years, had you had a job
3  at some point?
4  A. I had a job before the accident for a few
5  months, but after that I have no more jobs from the
6  accident.
7  Q. And when was the accident that you had? Do
8  you remember?
9  A. It's September -- it's '02, 2002. It's
10 September.
11 Q. That's fine. September 2002?
12 A. September 2002, yes.
13 Q. As a result of that accident, have you had
14 some problems remembering things?
15 A. Yes. I forgot very much things.
16 Q. Are you taking any medication now?
17 A. Yes.
18 Q. Does that have any impact, do you know, on
19 your memory?
20 A. Yes. The medicine make it to forgot. Not to
21 take -- it's helped not to take seizures, but it makes
22 me forgot.
23 Q. I understand you had some seizures in the
24 past, correct?
25 A. Yes.

**Page 11**

1  Q. Is your medication in part to help prevent
2  that from reoccurring, happening?
3  A. The doctor says it helps, yes.
4  Q. If at any time you feel uncomfortable in
5  terms medically and you want to take a break, let me
6  know. Okay?
7  A. Yes. Thanks.
8  MR. BENHAIM: I do think it's
9  important for us to have the
10 medications identified.
11 MR. GOSS: Can he do that or do you
12 want to do it on the record?
13 MR. BENHAIM: I think he can.
14 Q. What are the names of the medications you are
15 taking?
16 A. One is Lamictal. I can show you. I have it
17 with me now.
18 Q. Just the names.
19 A. The nams? Lamictal XR and the second is
20 Depakote and the third is ONFI, O-N-F-I.
21 Q. D-E-P-A-K-O-T-E.
22 You are married, correct?
23 A. Yes.
24 Q. Do you recall how long you have been married?
25 A. About 16 years.

**Page 12**

1  Q. Let me ask you about some people.
2  MR. BENHAIM: Do you have --
3  THE WITNESS: Yeah, it's about 16,
4  yes.
5  Q. About 16 years, okay.
6  Do you know a woman by the name of Dora
7  Zupnick?
8  A. Yes.
9  Q. And have you spoken with her?
10 A. Nothing, no, no.
11 Q. Have you ever met her face to face?
12 A. No.
13 Q. You just have heard her name?
14 A. Again, please.
15 Q. You have heard her name but you have not
16 spoken with her, correct?
17 A. Yes, only heard the name, yes.
18 Q. Do you have any familial relationship with
19 her?
20 A. No, nothing.
21 Q. Do you know her son Abraham Zupnick?
22 A. Yes.
23 Q. Have you ever spoken with him yourself?
24 A. Yes.
25 Q. What have you spoken with him about?

**Page 13**

1  A. About ten years ago we spoke about the
2  policy, insurance policy. Not ten years. Less. Six
3  years -- no, I spoke with him -- four years, yes.
4  Q. About four?
5  A. About -- I spoke with him when we opened the
6  policy in '08. In '08 when we opened the policy I
7  spoke with him.
8  Q. So you spoke with Abraham about the time his
9  mother was applying for this policy?
10 A. No. I'm speaking only that I'm going to pay
11 money for this policy.
12 Q. And you talked with him about that, right?
13 A. With Abraham Zupnick I spoke about the
14 policy, yes.
15 Q. How did --
16 A. And the whole time -- the two years when he
17 owned the trust.
18 Q. While Mr. Zupnick was the trustee, you were
19 paying some of the premiums, is that what you are
20 saying?
21 A. Yes.
22 Q. Did you pay premiums from the beginning of
23 the policy?
24 A. Yes.
25 Q. Did he ask you if you would be willing to do

### Page 14

```
 1  that?
 2      MR. BENHAIM: Objection to the
 3  form.
 4      Q. How did you come to know about the policy?
 5      A. Because somebody tell me that I can make
 6  money -- to make money benefits and Abraham Zupnick,
 7  he told me if I'm going to pay this policy, I'm going
 8  to take benefits.
 9      Q. Was that at the time the policy was being
10  created?
11      MR. BENHAIM: Objection. I don't
12  know if he even knows when the policy
13  was created.
14      MR. GOSS: I'm not looking for a
15  date.
16      Q. At the time you had that discussion with
17  Mr. Zupnick --
18      A. Yeah.
19      Q. -- had Allianz already issued the policy or
20  were they considering it, do you know?
21      A. I'm not understanding what you are asking me.
22      Q. Allianz -- for the insurance policy, in order
23  to get a life insurance policy, an insured submits an
24  application to the company saying I would like to have
25  a policy and here is my information.
```

### Page 15

```
 1      A. Yes, yes.
 2      Q. And then the insurance company looks at it
 3  and if they agree, they say we will give you the
 4  policy and they give the policy to the person who
 5  applies for it.
 6      A. Who gave me the policy application?
 7      Q. The insurance company.
 8      A. Who gave me the application?
 9      Q. No. The person applying for the policy who
10  wants the policy, Ms. Zupnick --
11      A. Zupnick buys the policy, yes.
12      Q. She gave Allianz an application saying I want
13  insurance on my life and then Allianz said okay. We
14  will do that and they gave her a policy. What I am
15  trying to find out is: When you had your first
16  discussion with Abraham Zupnick --
17      A. Discussion --
18      Q. -- about providing some money, do you know if
19  she had already given her application to the insurance
20  company?
21      A. No.
22      Q. Have you paid some money for premiums on the
23  policy -- once you started, have you done it
24  periodically ever since?
25      A. I paid the whole time.
```

### Page 16

```
 1      Q. Do you know why Dora Zupnick wanted this
 2  policy?
 3      A. I don't know.
 4      Q. Do you know if Dora Zupnick ever paid any of
 5  the premiums?
 6      A. I don't know.
 7      Q. Was there anyone else besides you who was
 8  paying the premiums at the beginning?
 9      A. Yes.
10      Q. Who was that?
11      A. Melech Wagshal.
12      Q. Is this Mr. Wagshal or --
13      MR. BENHAIM: I think he said
14  Melech.
15      A. Melech Wagshal, Melech Wagshal.
16      MR. BENHAIM: It's short for
17  Elimelech.
18      THE WITNESS: Elimelech, Elimelech.
19      MR. GOSS: That's Mr. Wagshal and
20  his wife is Miriam.
21      Q. So that's Mr. Wagshal and his wife is Miriam,
22  correct?
23      A. Elimelech Wagshal.
24      Q. Did you and he pay all the premiums at the
25  beginning?
```

### Page 17

```
 1      MR. BENHAIM: Objection. There's
 2  no foundation.
 3      Q. Let me ask you a question: Do you know if
 4  anyone besides the two of you paid any premiums at the
 5  beginning?
 6      A. I -- I know I paid and Elimelech Wagshal.
 7      Q. Do you know if anyone else contributed any?
 8      A. No.
 9      Q. You don't know or you think not?
10      A. I don't know. I don't know.
11      Q. Do you have records about how much both you
12  and Mr. Wagshal contributed?
13      A. Not understand what you are asking me.
14      Q. Do you have something written down that says
15  how much money you contributed each time?
16      A. He tells me. Not on paper.
17      Q. Do you have anything in writing that shows
18  how much Mr. Wagshal contributed at any time?
19      A. No.
20      Q. Do you know a gentleman by the name of
21  Abraham Friedman?
22      A. Yes.
23      Q. How long have you known him?
24      A. When we opened the policy.
25      Q. Did you know him before then?
```


**Page 18**

1  A. Maybe a few weeks before that.
2  Q. But not for a long time before?
3  A. No, no.
4  Q. What do you understand --
5  A. But Elimelech Wagshal I know a long time
6  before that.
7  Q. What has been Mr. Abraham Friedman's role
8  with the policy, if you know?
9     MR. BENHAIM: Objection to the
10    form.
11    MR. GOSS: Let me rephrase that.
12 Q. Do you understand that Mr. Abraham Friedman
13 is an insurance agent?
14 A. Yes. A broker.
15 Q. A broker, insurance broker?
16 A. Yes.
17 Q. Has he worked -- provided work and help with
18 the policy?
19 A. Not understanding what you are asking me.
20 He's the broker.
21 Q. As a broker, what does he do for the policy?
22 A. He shows me the application, he showed me
23 everything.
24 Q. And then as you are paying money, does he
25 come to you and ask you for money?

**Page 19**

1  A. No.
2  Q. Does Mr. Friedman have any involvement in
3  deciding how much to pay?
4  A. No.
5  Q. Does Mr. Friedman -- has he had any
6  involvement in deciding when to make premium payments?
7  A. No.
8  Q. Is the amount and timing of payments
9  something that you and Mr. Wagshal have decided?
10    MR. BENHAIM: Objection to the
11    form.
12 A. I'm not understanding what --
13 Q. Who has decided how much premium to pay to
14 Allianz and when? Who has been making that decision?
15 A. I and Melech.
16 Q. You and Mr. Wagshal?
17 A. I and Melech Wagshal and we spoke with him
18 how much money I'm going to pay and he's going to pay.
19 Q. Do you recall receiving things from the
20 insurance company --
21 A. Yes.
22 Q. -- saying that there's money due?
23 A. You have to pay money to the insurance, yes.
24 Q. The insurance is not free, right?
25 A. I know not free. Yes, they tell me I have to

**Page 20**

1  pay every month.
2  Q. When a bill comes from the insurance company,
3  have you seen them?
4  A. First -- they tell me that we have to pay.
5  The company sends a bill and we have to pay for this
6  bill.
7  Q. Who is it who actually pays the bill?
8  A. The bill, I pay.
9  Q. Have you written checks for that?
10 A. Yes, yes.
11 Q. Sometimes do you use the bank and send a wire
12 transfer?
13 A. Yes.
14 Q. And when Mr. Wagshal contributes, does he
15 write a check or does he give the check to you?
16 A. I don't know. Not give it to me.
17 Q. So do you know how he makes his payments?
18 A. No.
19 Q. If a bill comes in for an amount, how did you
20 and he decide how much each of you will pay?
21 A. He calls me, Melech Wagshal will call me and
22 now we have to pay about $34,000 for the policy and I
23 have to pay about -- about money like this and I will
24 pay how much money.
25 Q. So each time you and he would talk and

**Page 21**

1  decide?
2  A. Yes.
3  Q. Other than the two of you, has anyone else
4  been involved in those discussions about how much to
5  pay?
6     MR. BENHAIM: Are you talking about
7     in the beginning or throughout the
8     entire time?
9     MR. GOSS: In the beginning.
10 A. In the beginning, the broker was Abraham
11 Friedman. Abraham Friedman told me I have to pay
12 every month and I with Melech Wagshal we are going to
13 pay, and I'm going to pay about something and
14 Mr. Wagshal is going to pay about something.
15 Q. And did Mr. Friedman help you in those
16 payments?
17 A. He no help me, no.
18 Q. Now, your wife testified about efforts to --
19 after you became trustee, efforts to sell the policy?
20 A. Yes.
21 Q. Was Mr. Friedman involved in that process?
22 A. No.
23 Q. Do you know a gentleman named Mr. Tietelbaum?
24 A. No.
25 Q. Perhaps he works with Mr. Friedman in his